### 30860. MOORE v. ATLANTA JOURNAL COMPANY.

MacINTYRE, J. The decision in this case is controlled by the rulings of this court in *Moore* v. *Sanford*, ante.

*Writ of error dismissed. Broyles, C. J., and Gardner, J., concur.*

DECIDED MAY 31, 1945.

*George W. Westmoreland, E. C. Stark, G. H. Howard, Thomas L. Slappey,* for plaintiff.

*Arnold, Gambrell & Arnold,* for defendant.